UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARCUS A. BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-28-TAV-CCS |
| ) | |
| WILDERNESS TENN. ENTERTAINMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw [Doc. 6], which moves the Court to allow Attorneys Matthew J. Evans and Daniel C. Headrick to withdraw as counsel for the Defendant. Attorneys Thomas M. Cole, Paul E. Wehmeir, and William A. Simms have filed a notice of appearance on behalf of the Defendant and will continue as counsel for the Defendants. A corporate representative of the Defendant has also signed a Consent to Withdrawal [Doc. 6-1], which has been filed with the Court.

The Court finds that the continuity of counsel for the Defendant is ensured, the Defendant has consented to the withdrawal, and the request to withdraw complies with Local Rule 83.4. Therefore, the Court finds that the Motion to Withdraw **[Doc. 6]** is well-taken, and it is **GRANTED**.

Attorney Matthew J. Evans and Daniel C. Headrick are **RELIEVED** of their duties as counsel in this case.

**IT IS SO ORDERED**.

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge